| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING<br>BURLINGTON, VERMONT<br>05402-0945 | ✓ P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>❏ P.O. BOX 998<br>BRATTLEBORO 05302-0998<br>(802) 254-0250<br><br>❏ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245 |
| RICHARD PAUL WASKO<br>CLERK | | |

October 16, 2008

Diane Lavallee, Clerk
Chittenden County Superior Court
175 Main Street
P.O. Box 187
Burlington, VT  05402-0187

Subject: Ekberg v. City of Burlington et al

Dear Clerk,

The above entitled civil action has been removed to this court and is pending as docket **1:08-cv-00219-jgm**.  I am enclosing a copy of our docket sheet for your information.

I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file.  If there is a charge for this please bill the removing attorney :

> Jeffrey S. Marlin, Esq.
> Lynn, Lynn & Blackman, P.C.
> 76 St. Paul Street, Suite 400
> Burlington, VT 05401

                    Sincerely,

                    */s/Lisa Wright*
                    Lisa Wright
                    Deputy Clerk

Enclosure: Docket Sheet

copies to:
Steve Ekberg, Pro Se
Jeffrey S. Marlin, Esq.