```
DATE 10/21/08                    CASE FILE LISTING BY DOCKET NUMBER              PAGE   1

                            DOCKET #.......S1251-08 CnC

              PLAINTIFF(S):  Ekberg, Steve          PLAINTIFF ATTORNEY(S) 1. Steve Ekberg

              DEFENDANT(S):  City of Burlington, et al    DEFENDANT ATTORNEY(S) BY  Joseph A. Farnham, Esq.

CASE TYPE: HARASSMENT/EMPLOY.        SERVICE    9/22/08

DATE FILED  9/18/08    CONFERENCE DATE   0/00/00   DISCOVERY COMPLETE DATE    0/00/00

MOTION HEARING DATE  0/00/00    BACKUP HEARING DATE   0/00/00   PRE-TRIAL DATE   0/00/00   TRIAL READY   0/00/00

JURY DRAWING DATE   0/00/00   JURY DRAWING TIME          TRIAL DATE   0/00/00   TRIAL TIME

CASE FLOW REQUESTED   -  0/00/00  DUE   0/00/00   RETURNED   0/00/00   HOLD CODE     HOLD DATE   0/00/00

DISPOSITION:  Court dismissed                   DISPOSED DATE   10/15/08

                            DETAIL DOCKET ENTRIES

     1 - Def. City of Burlington; serv 09/22/08; Atty Farnham;

     2 - Def. Burlington Police Department; serv 09/22/08; Atty Farnham;

     3 -

     4 -

     5 -

     6 - 09/18/08 Summonses (2) and civil rights lawsuit filed by the

     7 - pltf pro se; application to proceed in forma pauperis approved

     8 - by the court filed herein; copy to applicant; pd

     9 - 09/25/08 Returns of service (2) of summons and complaint upon

    10 - the defs, copies of pltf's approved IFP application (2), and

    11 - copies of sheriff's invoices (2) filed; pd

    12 - 10/09/08 Notice of appearance on behalf of the defs. and defs'

    13 - motion for more definite statement filed by Atty Farnham; sl

    14 - 10/15/08 Copy of defs' notice of removal of civil action,

    15 - attachments, copy of civil cover sheet, copy of check payable

    16 - to U.S. District Court in the amount of $ 350.00, copy of defs'

    17 - motion for a more definite statement, copy of defs' certificate
```

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
1:08-cv-219
2008 OCT 22 AM 9:21
CLERK
BY _____
DEPUTY CLERK

RECEIVED
BURLINGTON, VT
OCT 22 2008
CLERK'S OFFICE
U.S. DISTRICT COURT

```
18 - of service of notice of removal of civil action, notice of

19 - appearance and motion for more definite statement upon the pro

20 - se pltf, and copy of cover letter from Atty J. Marlin to U.S.

21 - District Court indicating enclosure of same filed by Atty Mar-

22 - lin; pd

23 - 10/17/08 Letter from US District Court in Burlington stating

24 - this civil action has been removed to District Court and is

25 - pending as docket number 1:08-cv-00219-jgm; send certified copy

26 - of docket sheet and the complete original file to U.S. District

27 - Court in Burlington filed; pd

28 - 10/20/08 Plaintiff's motion for more definite statement, state-

29 - ment of circumstances, occurrences, and events with attachments

30 - filed pro se; jcm

31 - 10/21/08 Complete original file and certified docket entries

32 - sent to US District Court per their request; pd
```

CERTIFIED that the within and foregoing is a true and complete copy of the entries as they appear of record as of this date, 10/21/08

Patricia A. Dans
Deputy Clerk, Chittenden Superior Court