STATE OF VERMONT
COUNTY OF CHITTENDEN, SS

OCT - 9 2008

DIANE A. LAVALLEE
CLERK

| | | |
|---|---|---|
| STEVE EKBERG, | ) | |
|     Plaintiff | ) | Chittenden Superior Court |
| | ) | Docket No. S1251-08 CnC |
| vs. | ) | |
| | ) | |
| CITY OF BURLINGTON, | ) | |
| BURLINGTON POLICE DEPARTMENT, | ) | |
|     Defendant | ) | |

RECEIVED

OCT 2008
1:08-CV-219
U.S. DISTRICT COURT
BURLINGTON, VT

**NOTICE OF APPEARANCE**

Please take notice that the law firm of McNeil, Leddy & Sheahan, P.C., enters its appearance on behalf of the Defendant, City of Burlington, Burlington Police Department in the above-captioned matter.

DATED at Burlington, Vermont this 9th day of October, 2008.

                MCNEIL, LEDDY & SHEAHAN, P.C.

By: _____
Joseph A. Farnham, Esq.
McNeil, Leddy & Sheahan, P.C.
271 South Union Street
Burlington, VT 05401

c:    Jeffrey S. Marlin, Esq.
      Steve Ekberg, *Pro Se*

400000-00379